IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH MAZUR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>　　　　　Defendants. | Case No. 1:23-cv-13845<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## NOTICE OF DISMISSAL AS TO DEFENDANT #1 DN·DN ONLY

TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and DN·DN (Seller ID: A21LLDJ7E53IIZ) (Def. No. 1) have reached a settlement as to all claims at issue in this case asserted against DN·DN only. Accordingly, Plaintiff in the above referenced voluntary dismisses its claims against only DN·DN, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party bearing its own costs and attorneys' fees. In accordance with Rule 41, the Preliminary Injunction (ECF 35) is automatically dissolved against Defendant DN·DN only. The Preliminary Injunction (ECF 35) remains as to all other Defendants.

　　Per Fed. R. Civ. P. 41(a)(1)(A)(i), no order is required on this dismissal.

Date: November 17, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Mackenzie Paladino*
　　　　　　　　　　　　　　　　　　　　*Mackenzie Paladino, Esq. (Bar No. 6342560)*
　　　　　　　　　　　　　　　　　　　　DONIGER / BURROUGHS
　　　　　　　　　　　　　　　　　　　　247 Water Street, First Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10038
　　　　　　　　　　　　　　　　　　　　mpaladino@donigerlawfirm.com
　　　　　　　　　　　　　　　　　　　　(310) 590-1820
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff