IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH MAZUR,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>Defendants. | Case No. 1:23-cv-13845<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## NOTICE OF DISMISSAL AS TO DEFENDANT #182 EVERGOO ONLY

TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Evergoo (Seller ID: A2AOOQJ5G8AGXV) (Def. No. 182) have reached a settlement as to all claims at issue in this case asserted against Evergoo only. Accordingly, Plaintiff in the above referenced voluntary dismisses its claims against only Evergoo, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party bearing its own costs and attorneys' fees. In accordance with Rule 41, the Preliminary Injunction (ECF 35) is automatically dissolved against Defendant Evergoo only. The Preliminary Injunction (ECF 35) remains as to all other Defendants.

Per Fed. R. Civ. P. 41(a)(1)(A)(i), no order is required on this dismissal.

Date: November 17, 2023

Respectfully submitted,

*/s/ Mackenzie Paladino*
*Mackenzie Paladino, Esq. (Bar No. 6342560)*
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
mpaladino@donigerlawfirm.com
(310) 590-1820
Attorney for Plaintiff