IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH MAZUR,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A,<br><br>    Defendants. | Case No. 1:23-cv-13845<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Sheila M. Finnegan** |

## NOTICE OF DISMISSAL AS TO DEFENDANT NOS. 4, 10, 25, 53, 76, 78, 79, 85, 99, 102, 103, and 147 ONLY

TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and guangzhouyixiaochengshangchengyouxiangongsi d/b/a CHUOAND (ID: A35TX1T5MXATK2) (Def. # 76), XOWRTE (ID: A1YW5EMM9YVORY) (Def. # 102), BilyBY (ID: A6630U29EQIU5) (Def. # 103), SoeHir (ID: A3L18V4UCFMS74) (Def. # 99), FKSESG (ID: A3BB8JWLXD83AO) (Def. # 85), Holzkary (ID: A3SVA7NRR7SBBJ) (Def. # 78), GLVSZ (ID: A2BBH8LA41A6PO) (Def. # 147), CGGMVCG 7-15 Days Fast Delivery (ID: ARXAOI9J6ZSM9) (Def. # 4), Yubnlvae (ID: A38O92UI1G6OYS) (Def. # 25), winterday (ID: A9IRNX9GVUBHU) (Def. # 53), OORTFV (ID: A1LCASR9APEAAO) (Def. # 10), iemlca (ID: A1D6N6ARO6M7VL) (Def. # 79) have reached a settlement as to all claims at issue in this case asserted against Defendants only. Accordingly, Plaintiff in the above referenced voluntarily dismisses its claims against only the aforementioned Defendants, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party bearing its own costs and attorneys' fees. In accordance with Rule 41, the Preliminary

Injunction Order (ECF 35) is automatically dissolved against the aforementioned Defendants only.

The Preliminary Injunction Order (ECF 35) remains as to all other Defendants.

    Per Fed. R. Civ. P. 41(a)(1)(A)(i), no order is required on this dismissal.

Date: November 17, 2023

    Respectfully submitted,

<u>*/s/ Mackenzie Paladino*</u>
*Mackenzie Paladino, Esq. (Bar No. 6342560)*
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
mpaladino@donigerlawfirm.com
(310) 590-1820
Attorney for Plaintiff